IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS VENEGAS,

        Plaintiff,

  v.

GEORGE MACIEL TRUCKING, INC., et al.,

        Defendants

No. C 15-4411 MMC

**ORDER OF DISMISSAL**

    The court-appointed mediator having advised the Court that the parties have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.

    **IT IS SO ORDERED.**

Dated: March 21, 2016

                                              MAXINE M. CHESNEY
                                              United States District Judge